UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO.: 2:93-cr-102-FtM-29

CLARENCE PETE

_____________________________________/

**ORDER**

Pending before the Court is Defendant Clarence J. Pete's Unopposed Motion for Sentence Reduction Under the First Step Act of 2018, filed on April 11, 2019. (Doc. 1249). Consistent with the Court's January 25, 2109 Omnibus Order, Case No. 8:19-mc-10-T-23 (Doc. 1), which is attached hereto, the Court will appoint counsel.

Accordingly, it is hereby **ORDERED**:

The Federal Public Defender's Office is appointed to represent Defendant to review the record in this case, including the presentence investigation report, pursuant to the January 25, 2109 Omnibus Order, Case No. 8:19-mc-10-T-23 (Doc. 1).

**DONE AND ORDERED** in Fort Myers, Florida on April 15, 2019.

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Attachment

Copies furnished to:
Counsel of Record
Unrepresented Parties
FPD
U.S. Probation