UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Omnibus Order In Re:
Section 404 of the First Step Act

CASE NO. 8:19-mc-10-T-23

**ORDER**

The First Step Act, Pub. L. No. 115-391, became effective on December 21, 2018. Under Section 404 of the First Step Act, a federal inmate who committed a drug offense before August 3, 2010, might qualify for a reduced term of imprisonment.[1] This order advances both the efficient and reliable identification of an inmate eligible for relief under Section 404 of the First Step Act and the orderly and timely disposition of an inmate's motion for relief.

**Appointment of Counsel**

Under the Criminal Justice Act, 18 U.S.C. § 3006A, this order appoints the Federal Defender to review the record, including the presentence investigation report, of (1) any federal inmate who is serving a sentence imposed in the Middle District of Florida and who might qualify for a reduced term of imprisonment under Section 404 of the First Step Act and (2) any federal inmate who is serving a sentence

[1] However, Section 404(c) of the First Step Act states, "Nothing in this section shall be construed to require a court to reduce any sentence pursuant to this section."

imposed in the Middle District of Florida and who moves *pro se* under Section 404 of the First Step Act.[2]

**United States Probation Office Memorandum**

For any federal inmate (1) who might qualify for a reduced term of imprisonment under Section 404 of the First Step Act and who was identified by the United States Sentencing Commission in response to a request from the Middle District of Florida or (2) who moves under Section 404 of the First Step Act (whether *pro se*, through the Federal Defender, or through other counsel), the United States Probation Office must promptly (1) prepare a confidential memorandum addressing the inmate's eligibility, (2) electronically file the memorandum (with the "for participants only" CM/ECF designation), and (3) serve the Federal Defender and the United States Attorney with a copy of the memorandum, the original presentence investigation report, and the original statement of reasons.

When concluding that an inmate is eligible for a reduced term of imprisonment under Section 404 of the First Step Act, the United States Probation Office in the memorandum (1) must include the new statutory range and the new guidelines calculation; (2) must state whether the inmate benefitted from a substantial assistance motion under 18 U.S.C. § 3553(e), USSG § 5K1.1, or Fed. R.

[2] Notwithstanding the Federal Defender's appointment by this order, a district judge or a magistrate judge can appoint the Federal Defender or other counsel *sua sponte* or upon a *pro se* inmate's motion.

Crim. P. 35(b), and if so, the extent of the departure from the lowest point of the original guidelines range; (3) must identify where the inmate is incarcerated; (4) must describe the inmate's institutional adjustment; (5) must specify the inmate's anticipated release date and post-release plans; and (6) must specify any public safety concerns.

When concluding that an inmate is ineligible for a reduced term of imprisonment under Section 404 of the First Step Act, the United States Probation Office in the memorandum must explain the basis for the conclusion.

**Post-Memorandum Procedure**

The Federal Defender must determine whether a conflict prevents representation of the inmate. If a conflict exists, the Federal Defender must file in the criminal case a notice of the conflict and, if the inmate is indigent, must move under the Criminal Justice Act to appoint a conflict-free counsel. If the inmate is not indigent, the Federal Defender (1) must inform the inmate of the Federal Defender's conflict of interest and of the inmate's possible eligibility for relief and (2) must recommend that the inmate either secure private counsel or move *pro se* for relief. If recommending private counsel or a *pro se* motion, the Federal Defender must provide the inmate a list of lawyers and organizations who have appeared in similar circumstances or who might represent the inmate *pro bono*.

If no conflict exists and if the United States Probation Office concludes that the inmate is eligible for a reduced term of imprisonment under Section 404 of the First Step Act, the Federal Defender must promptly move for relief under Section 404 of the First Step Act. The Federal Defender's motion must specify whether the United States Attorney opposes the relief sought. If opposing the relief sought, the United States Attorney must respond to the motion within fourteen days.

If no conflict exists and if the United States Probation Office concludes the inmate is ineligible for a reduced term of imprisonment under Section 404 of the First Step Act, the Federal Defender must notify the inmate and otherwise comply with the rules of professional conduct.

ORDERED in Tampa, Florida, on January 25th, 2019.

STEVEN D. MERRYDAY
CHIEF UNITED STATES DISTRICT JUDGE

xc: All Judges
Federal Defender
United States Attorney
United States Probation Office